IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **DON LEE EMORY, SR.,** | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:15-CV-105 (MTT) |
| **Warden CEDRIC TAYLOR**, *et al.*, | ) |
| Defendants. | ) |

## ORDER

Before the Court is the Order and Recommendation of United States Magistrate Judge Charles H. Weigle. (Doc. 5). After screening the Plaintiff's complaint pursuant to 28 U.S.C. § 1915A, the Magistrate Judge allowed the Eighth Amendment claims against Defendant Akunwanne to go forward but recommends dismissing the Eighth Amendment claims against Defendants Taylor and Speight. The Plaintiff has not objected to the Recommendation. The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is **ADOPTED** and made the order of this Court. Accordingly, the Eighth Amendment claims against Defendants Taylor and Speight are **DISMISSED without prejudice**.

**SO ORDERED,** this 2nd day of September, 2015.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT