IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **DON LEE EMORY, SR.,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) CIVIL ACTION NO. 5:15-CV-105 (MTT) |
| **Warden CEDRIC TAYLOR**, *et al.*, | ) ) ) |
| **Defendants.** | ) ) |

## ORDER

United States Magistrate Judge Charles H. Weigle recommends dismissing the Plaintiff's action pursuant to Fed. R. Civ. P. 41(b).  (Doc. 19).  The Magistrate Judge makes this Recommendation because the Plaintiff has failed to update the Court with his current address.  In a previous order, the Magistrate Judge advised the Plaintiff that he "must diligently prosecute his Complaint or face the possibility that it will dismissed under Rule 41(b)" and warned that the "[f]ailure to promptly advise the Clerk of any change of address may result in the dismissal of [his] pleadings."  (Doc. 5 at 5).

As noted by the Magistrate Judge, it appears the Plaintiff was released on parole on April 21, 2015, but he never informed the Court of his new address.  Consequently, multiple orders have been returned to the Court as undeliverable.  (Docs. 8; 14; 16).  On December 2, 2015, the Magistrate Judge issued a show cause order requiring the Plaintiff to respond why the case should not be dismissed as a result of his failure to prosecute.  (Doc. 17).  That order was also returned as undeliverable.  (Doc. 18).  The Magistrate Judge noted that "[a]s of the date of this Report and Recommendation, it has

been over a year[ ] since Plaintiff last contacted the Court, and it has been over four months since the show cause Order was entered." (Doc. 19 at 2).

The Plaintiff has not objected to the Recommendation, which was also returned as undeliverable. (Doc. 20). The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is **ADOPTED** and made the order of this Court. (Doc. 19). Accordingly, this case is **DISMISSED**.

**SO ORDERED**, this 23rd day of May, 2016.

> S/ Marc T. Treadwell
> MARC T. TREADWELL, JUDGE
> UNITED STATES DISTRICT COURT